**EXHIBIT B**



692\1029983.1



692\1029983.1